■ CHASE MANHATTAN BANK, Plaintiff and Counterclaim Defendant, v AXA REINSURANCE UK PLC et al., Defendants and Counterclaimants, et al., Defendants. AXA REINSURANCE UK PLC, Third-Party Plaintiff-Appellant, and GENERAL STAR INTERNATIONAL INDEMNITY LTD., Cross Claim Plaintiff-Appellant, v HEATH GROUP PLC et al., Third-Party Cross Claim Defendants, and J&M ENTERTAINMENT LIMITED, Third-Party Defendant-Respondent and Cross Claim Defendant-Respondent. [741 NYS2d 867] —Order and two judgments, Supreme Court, New York County (Ira Gammerman, J.), entered August 2, 2001 and September 10, 2001, respectively, unanimously affirmed for the reasons stated by Gammerman, J., with costs and disbursements. Motion seeking leave to file a brief as an interested party to this appeal denied. No opinion. Concur—Tom, J.P., Mazzarelli, Andrias, Ellerin and Rubin, JJ.